IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| COULTER HILL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BIG HORN COUNTY ELEMENTARY SCHOOL DISTRICT 2 (ARROW CREEK ELEMENTARY SCHOOL DISTRICT), BIG HORN COUNTY HIGH SCHOOL DISTRICT 3 (PLENTY COUPS HIGH SCHOOL DISTRICT), SAMPSON DECRANE, MARLA GOES AHEAD, FANNIE CLIFF, JENNIFER FLATLIP, and EUGENE RED STAR,<br><br>　　　　　　Defendants. | CV 20-42-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on February 16, 2021. (Doc. 14). The Magistrate recommended that Defendants' Motion to Dismiss (Doc. 9) be GRANTED in part as to Counts VI and VII, without prejudice, and DENIED in all other respects. (Doc. 14 at 31).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this

Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 14) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. 9) is GRANTED in part as to Counts VI and VII, without prejudice, and DENIED in all other respects.

DATED this 4th day of March, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge