IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| COULTER HILL, | CV 20–42–BLG–DWM–TJC |
| Plaintiff, | |
| vs. | ORDER |
| BIG HORN COUNTY ELEMENTARY SCHOOL DISTRICT 2 (ARROW CREEK ELEMENTARY SCHOOL DISTRICT), BIG HORN COUNTY HIGH SCHOOL DISTRICT 3 (PLENTY COUPS HIGH SCHOOL DISTRICT), SAMPSON DeCRANE, MARLA GOES AHEAD, FANNIE CLIFF, JENNIFER FLATLIP, and EUGENE RED STAR, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for May 16, 2022 is VACATED.

DATED this ____ day of August, 2021.

Donald W. Molloy, District Judge
United States District Court